1
2
3
4
5
6
7
8
9
10

# United States District Court
# Central District of California

11
12  VICTORINO CASTILLO,                         Case No. 2:16-CV-08147-ODW(KS)
13              Plaintiff,
14      v.                                     **ORDER TO SHOW CAUSE RE**
15  DAVID CHO; KJJ PROPERTIES, LLC;             **SETTLEMENT**
16  and DOES 1 through10, inclusive,
17              Defendants.
18
19
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

In light of the Notice of Settlement (ECF No. 13), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, by May 2, 2017, why settlement has not been finalized. No hearing will be held. All other dates and deadlines in this action are **VACATED** and taken off calendar. The Court will discharge this Order upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41.

**IT IS SO ORDERED.**

February 28, 2017

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**